Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Benjamin C. Deming (State Bar No.233687)
bdeming@rutan.com
Kathryn Domin (State Bar No. 274771)
kdomin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff, ALTAIR INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SILKN USA LLC, a Florida limited liability company; HOME SKINOVATIONS, LTD, an Israeli company; HOME SKINOVATIONS, INC., a Canadian corporation; AMAZON.COM, INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; KOHL'S CORPORATION, a Wisconsin corporation; EBAY, INC., a California corporation; THE BON-TON STORES, INC., a Pennsylvania corporation; NORDSTROM, INC., a Washington corporation; CAMELOT VENTURE GROUP, LLC, a Michigan limited liability corporation; MACYS.COM, INC., a New York corporation, BED BATH & BEYOND, INC., a New Jersey corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

2118/024004-0021
8925183.1 a10/15/15

-1-

COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL

Plaintiff ALTAIR INSTRUMENTS, INC. ("Altair") as its Complaint against Defendants SILKN USA LLC, ("Silkn"), HOME SKINOVATIONS, LTD, HOME SKINOVATIONS, INC., AMAZON.COM, INC., ("Amazon") TARGET CORPORATION ("Target"); ULTA SALON, COSMETICS & FRAGRANCE, INC. ("Ulta"); KOHL'S CORPORATION ("Kohl's"), EBAY, INC., ("Ebay"), THE BON-TON STORES, INC. ("Bon-Ton"), NORDSTROM, INC., ("Nordstrom"), CAMELOT VENTURE GROUP, LLC ("Camelot"), MACYS.COM, INC. ("Macys"), BED BATH & BEYOND, INC. ("BB&B") and Does 1 through 10, inclusive (collectively, "Defendants") alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a) (action arising under an Act of Congress relating to patents) and 28 U.S.C. § 1331 (federal question).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) and 28 U.S.C. § 1391(c). On information and belief, Defendants reside in this judicial district and are subject to personal jurisdiction in this judicial district because, among other things, Defendants are sell and have sold and/or offer to sell in this judicial district products that infringe the patent-in-suit.

## THE PARTIES

3. Plaintiff Altair is a California corporation with its principal place of business at 1834 Palma Drive, Suite F, Ventura, California 93003.

4. On information and belief, defendant Silkn is a Florida limited liability company with a principal place of business at 601 NE 36th St., Miami, Florida 33137-3914.

5. On information and belief, defendant Home Skinovations, Ltd is an Israeli company with a principal place of business located at Tavor Building, Shaar

Yokneam, POB 533 Yokneam 20692, Israel.

6. On information and belief, defendant Home Skinovations, Inc. is a Canadian corporation, located at 100 Leek Crescent Unit 15, Richmond Hill, ON L4B 3E6, Canada.

7. On information and belief, defendant Amazon is a Delaware corporation with its principal place of business located at 410 Terry Ave., N, Seattle, Washington 98109 .

8. On information and belief, defendant Target Corporation is a Minnesota corporation with its principal place of business located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403.

9. On information and belief, defendant Ulta Salon, Cosmetics & Fragrance, Inc., is a Delaware corporation with its principal place of business located at 1000 Remington Blvd, Bolingbrook, Illinois 60440.

10. On information and belief, defendant Kohl's Corporation is a Wisconsin corporation with its principal place of business located at N56 W17000 Ridgewood Drive, Menomonee Falls, Wisconsin 53051.

11. On information and belief, defendant Ebay, Inc. is a California corporation with its principal place of business located at 2065 Hamilton Avenue, San Jose, California 95125.

12. On information and belief, defendant The Bon-Ton Stores, Inc. is a Pennsylvania corporation with its principal place of business located at 2801 East Market Street, York, Pennsylvania 17402.

13. On information and belief, defendant Nordstrom, Inc., is a Washington corporation with its principal place of business located at 1700 7th Avenue Ste 700, Seattle, Washington 98101.

14. On information and belief, defendant Camelot, which owns and operates Sharperimage.com, is a Michigan limited liability corporation with its principal place of business located at 27725 Stansbury Blvd., Ste. 175, Farmington

1  Hills, Michigan 48334.

2       15.    On information and belief, defendant Macys is a New York corporation
3  with its principal place of business located at 7 W 7th Street, Cincinnati, Ohio 45202.

4       16.    On information and belief, defendant Bed Bath & Beyond, Inc., is a
5  New Jersey corporation with its principal place of business located at 650 Liberty
6  Ave, Union, NJ 07083.

7       17.    The true names and capacities, whether individual, corporate, associate
8  or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to Altair,
9  which therefore sues said defendants by such fictitious names.  Altair will seek leave
10 of this Court to amend this Complaint to include their proper names and capacities
11 when they have been ascertained.  Altair is informed and believes, and based
12 thereon alleges, that each of the fictitiously named defendants participated in and are
13 in some manner responsible for the acts described in this Complaint and the damage
14 resulting therefrom.

15      18.    Altair alleges on information and belief that each of the defendants
16 named herein as Does 1 through 10, inclusive, performed, participated in, or abetted
17 in some manner, the acts alleged herein, proximately caused the damages alleged
18 hereinbelow, and are liable to Altair for the damages and relief sought herein.

19      19.    Altair alleges on information and belief that, in performing the acts and
20 omissions alleged herein, and at all times relevant hereto, each of the Defendants
21 was the agent and employee of each of the other defendants and was at all times
22 acting within the course and scope of such agency and employment with the
23 knowledge and approval of each of the other Defendants.

## GENERAL ALLEGATIONS

25      20.    On June 5, 2001, United States Patent No. 6,241,739, entitled
26 "Microdermabrasion Device And Method Of Treating The Skin Surface" ("the '739
27 patent"), was duly and legally issued by the United States Patent and Trademark
28 Office (the "USPTO").

Rutan & Tucker LLP
attorneys at law

21.     By assignment, Altair is the owner of all rights, title and interest in and to the '739 patent, including all rights to recover for any and all past infringement thereof.  A true and correct copy of the '739 patent, with Reexamination Certificates, is attached hereto as **Exhibit "A**.**"**  Altair has given notice to the public of its patent by marking its own products with the '739 patent in conformity with 35 U.S.C. § 287(a).

## CLAIM FOR RELIEF

### (Infringement of the '739 Patent)

22.     Altair realleges each and every allegation set forth in paragraphs 1 through 21 above, and incorporates them herein.

23.     Defendants make, use, sell, offer to sell, and/or import into the United States a microdermabrasion device known as the "Silk'n ReVit" which contains each and every element of at least one claim of the '739 patent, including in this Judicial District.  Users of the Silk'n ReVit also infringe the '739 patent. Defendants have infringed and are infringing the '739 patent and will continue to do so, unless enjoined by this Court.  Defendants directly infringe the '739 patent, and are also liable for contributory and inducing infringement.

24.     On information and belief, all Defendants are aware of the '739 patent and are aware that the sale, offer to sell and use of the Silk'n ReVit infringes the '739 patent.  Defendants' infringement of the '739 patent has been and will continue to be willful, wanton an deliberate with full knowledge and awareness of Altair's patent rights, unless enjoined by this Court.

25.     Altair has been damaged in an amount to be determined at trial, but which is no less than a reasonable royalty, and irreparably injured by Defendants' infringing activities.  Altair will continue to be so damaged and irreparably injured unless such infringing activities are enjoined by this Court.

## PRAYER

WHEREFORE, Altair prays for the following relief:

Rutan & Tucker LLP
attorneys at law

1       a.     Preliminary and permanent injunctions pursuant to 35 U.S.C. § 283 enjoining and restraining Defendants, their officers, directors, agents, employees, successors and assigns, and all those acting in privity or concert with Defendants or any of them, from further infringement of the '739 patent;

      b.     A judgment by the Court that Defendants have infringed and are infringing the '739 patent;

      c.     An award of damages for infringement of the '739 patent, together with prejudgment interest and costs, said damages to be trebled by reason of the intentional and willful nature of Defendants' infringement, as provided by 35 U.S.C. § 284;

      d.     An award of Altair's reasonable attorneys' fees pursuant to 35 U.S.C. § 285 in that this is an exceptional case;

      e.     Altair's costs of suit herein; and

      f.     For such other and further relief as this Court deems just and proper.

Dated: October 15, 2015

RUTAN & TUCKER, LLP
RONALD P. OINES
BENJAMIN DEMING
KATHRYN DOMIN

By:  */s/ Ronald P. Oines*
      Ronald P. Oines
      Attorneys for Plaintiff ALTAIR INSTRUMENTS, INC.

## **DEMAND FOR JURY TRIAL**

Altair hereby demands a trial by jury.

Dated: October 15, 2015

RUTAN & TUCKER, LLP
RONALD P. OINES
BENJAMIN DEMING
KATHRYN DOMING

By: */s/ Ronald P. Oines*
Ronald P. Oines
Attorneys for Plaintiff
ALTAIR INSTRUMENTS, INC.

2118/024004-0021
8925183.1 a10/15/15

-7-

COMPLAINT FOR PATENT
INFRINGEMENT; DEMAND FOR JURY
TRIAL

Rutan & Tucker LLP
*attorneys at law*