# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Altair Instruments, Inc. et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S)  v. | CV 15-08125-ODW(JCx) |
| Silkn USA LLC et al., | **ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |
| DEFENDANT(S). | |

   IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

October 20, 2015
Date

_United States District Judge / Magistrate Judge_

## NOTICE TO COUNSEL FROM CLERK

   This case has been reassigned to Judge  S. James Otero  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  SJO  after the case number, so that the case number will read  CV15-08125 SJO (JCx) . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ✓ *Previous Judge*