Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Benjamin C. Deming (State Bar No.233687)
bdeming@rutan.com
Kathryn Domin (State Bar No. 274771)
kdomin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff, ALTAIR INSTRUMENTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SILKN USA LLC, a Florida limited liability company; HOME SKINOVATIONS, LTD, an Israeli company; HOME SKINOVATIONS, INC., a Canadian corporation; AMAZON.COM, INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; KOHL'S CORPORATION, a Wisconsin corporation; EBAY, INC., a California corporation; THE BON-TON STORES, INC., a Pennsylvania corporation; NORDSTROM, INC., a Washington corporation; CAMELOT VENTURE GROUP, LLC, a Michigan limited liability corporation; MACYS.COM, INC., a New York corporation, BED BATH & BEYOND, INC., a New Jersey corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV15-08125 SJO (JCx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO EBAY, INC. ONLY** |

1  **PLEASE TAKE NOTICE** that Plaintiff Altair Instruments, Inc. hereby
2  dismisses its complaint as to eBay, Inc. only, without prejudice, pursuant to Rule
3  41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

5  Dated: December 9, 2015                RUTAN & TUCKER, LLP
                                          RONALD P. OINES
6                                         BENJAMIN DEMING
                                          KATHRYN DOMIN

                                          By: */s/ Kathryn Domin*
                                              Kathryn Domin
                                              Attorneys for Plaintiff ALTAIR
                                              INSTRUMENTS, INC.

Rutan & Tucker LLP
attorneys at law

2503/024004-0021
9134059.1 a12/09/15                -2-
                                          NOTICE OF DISMISSAL WITHOUT
                                          PREJUDICE AS TO EBAY, INC. ONLY